Bristol v. Fischel.

BRISTOL v. FISCHEL et al., Appellants.

### Division Two, June 15, 1899.

Certiorari: REMOVAL OF OFFICER: APPEALS. The Supreme Court has no jurisdiction of an appeal in *certiorari* proceedings to review the action of the commissioners on charitable institutions of the city of St. Louis in discharging an officer of such an institution.

*Appeal from St. Louis City Circuit Court.*—HON. LEROY B. VALLIANT, *Judge.*

TRANSFERRED TO ST. LOUIS COURT OF APPEALS.

B. SCHNURMACHER and CHAS. CLAFLIN ALLEN for appellants.

CHESTER H. KRUM for respondent.

SHERWOOD, J.—Isaac S. Bristol was the Superintendent of the House of Refuge.

The appellants constitute the Board of Commissioners on Charitable Institutions of the city of St. Louis. Acting in that capacity and having authority of law so to do, upon charges preferred, etc., they removed Bristol from his office aforesaid.

Whereupon the St. Louis Circuit Court brought up before it by *certiorari* the proceedings of the commissioners, and having done so, quashed such proceedings.

The facts aforesaid give this court no jurisdiction over this cause; hence we order it transferred to the St. Louis Court of Appeals. All concur.